Dennis L. Wilson (Bar No. 155407)
dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
dcaplan@kmwlaw.com
Tara D. Rose (Bar No. 256079)
trose@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiff
Paramount Pictures Corporation

JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>                           Plaintiff,<br><br>         v.<br><br>IRMA PICHE; AND JOHN DOES 2-10,<br><br>                           Defendants. | Case No.: 09-cv-07699-JFW-AGR<br><br>**FINAL JUDGMENT UPON CONSENT AS TO DEFENDANT IRMA PICHE AND DEFENDANT RICHARD PICHE (NAMED IN THE COMPLAINT AS JOHN DOE 2).** |

        Plaintiff, PARAMOUNT PICTURES CORPORATION (hereinafter "Paramount" or "Plaintiff"), having filed a Complaint in this action charging defendants IRMA PICHE and RICHARD PICHE (named in the complaint as JOHN DOE 2) (IRMA PICHE and RICHARD PICHE are hereinafter referred collectively as "Defendants") with federal copyright infringement, and the parties desiring to settle the controversy between them, it is

        **ORDERED, ADJUDGED AND DECREED** as between the parties that:

        1.        This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 501, 28 U.S.C. § 1331 and § 1338(a) and (b).  Venue in this district is

1  proper pursuant to 28 U.S.C. § 1391 (b) and § 1400(a).  Service was properly made against
2  Defendants and Defendants do not contest service or jurisdiction.
3       2.     Paramount is a corporation organized and existing under the laws of the State of
4  Delaware, having its principal place of business in Los Angeles, California.
5       3.     Paramount produces, distributes and/or owns numerous feature films which are
6  entitled to protection under federal copyright law, including but not limited to the "Transformers:
7  Revenge of the Fallen" and "Star Trek" motion pictures (collectively, "Paramount's Motion
8  Pictures").  Paramount is the owner of certain registrations in the United States Copyright Office
9  pertaining to Paramount's Motion Pictures, including but not limited to the following: (1)
10 PRE000002215 / TRANSFORMERS: REVENGE OF THE FALLEN; (2) PAu003394406 / E7 2;
11 (3) PA0001632652 / TRANSFORMERS: REVENGE OF THE FALLEN; (4) PAu003384377 /
12 STAR TREK; and (5) PA0001626900 / STAR TREK.
13      4.     Paramount is the owner of theatrical motion picture trailers ("Paramount's Trailers")
14 based on Paramount's Motion Pictures which trailers were created to advertise the release of
15 Paramount's Motion Pictures.  Paramount's Trailers and Paramount's Motion Pictures are
16 collectively referred to herein as "Paramount Works".
17      5.     At all relevant times, Paramount has owned the rights, titles, and interest in and to the
18 Paramount Works.  Plaintiff has complied in all respects with Title 17 of the United States Code,
19 secured the exclusive rights and privileges in and to the above referenced copyrights, and in
20 compliance with the law has received from the Register of Copyrights the appropriate certificates of
21 registration, which constitute prima facie evidence of the validity of the copyrights and of the facts
22 stated in the certificates.
23      6.     Plaintiff obtained copyright registrations within three months of the publications of
24 the subject works.
25      7.     Defendants infringed Paramount's exclusive rights in the Paramount Works by
26 uploading copies of the Paramount Works to the Internet video sharing website YouTube.com.
27 Defendants caused the uploads to occur on or about January 31, 2009.
28

1    8.    This conduct by Defendants was and has been without authorization and was without
2 Plaintiff's consent.  Defendants have acted with willful disregard of Plaintiff's copyrights and
3 Plaintiff has sustained substantial damage as a result thereof.
4    9.    Defendants and their affiliates, agents, servants, employees, representatives,
5 successors, assigns, and any person, corporation or other entity acting under Defendants' direction or
6 control, or in active concert or participation with Defendants, are immediately and permanently
7 enjoined from:
8        a.    Using, reproducing, distributing, uploading, selling or offering for sale, any
9 reproduction, counterfeit, or copy of the Paramount Works; and
10       b.    Effecting assignments or transfers, forming new entities or associations or
11 utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set
12 forth herein.
13   10.   Defendants shall deliver to Plaintiff at Defendants' cost, all of Defendants' infringing
14 copies of the Paramount Works, if any, at the conclusion of the present matter.
15   11.   This Judgment shall be deemed to have been served upon Defendants at the time of
16 its execution by the Court.
17   12.   The Court expressly determines that there is no just reason for delay in entering this
18 Judgment, and pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs entry
19 of judgment against Defendants.
20   13.   This Judgment is a final judgment, entered against Defendants pursuant to Federal
21 Rule of Civil Procedure 54(b).

Dated: May 20, 2010

_____
Honorable John F. Walter
United States District Court Judge